No. D–1881. IN RE DISBARMENT OF DICE. Michael R. Dice, of Denver, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to

show cause why he should not be disbarred from the practice of law in this Court.